**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| In re: | : |
| | : |
| Guillermo Leal, IV | : CASE NO.: 24-30055 |
|       Debtor. | : Chapter: 7 |
| | : |
| | : |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that VICTORIA FORSON and BENJAMIN L. NABORS of the law firm K&L GATES LLP file this Notice of Appearance as counsel for Berkshire Bank ("Berkshire"). Pursuant to Rule 2002(g), Berkshire hereby requests that all pleadings, notices, correspondence and other materials be served upon the undersigned counsel at the address referenced below.

        K&L GATES LLP

        By: */s/ Victoria Forson*
            Victoria Forson
            *Attorney-In-Charge*
            State Bar No. 24118212
            SDTX Bar No. 3771927
            victoria.forson@klgates.com
            Benjamin L. Nabors
            State Bar No. 24116805
            SDTX Bar No. 3673140
            ben.nabors@klgates.com
            1717 Main, Suite 2800
            Dallas, Texas 75201
            (214) 939-4958 Telephone
        **ATTORNEYS FOR BERKSHIRE BANK**

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served on February 6, 2024, with a copy of the foregoing document via the Court's CM/ECF system.

DATED: February 6, 2024

*/s/ Benjamin L. Nabors*<br>Benjamin L. Nabors