|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF TEXAS** | United States Bankruptcy Court<br>Southern District of Texas<br>**ENTERED**<br>May 28, 2024<br>Nathan Ochsner, Clerk |

In Re:  Guillermo Leal IV

**Debtor(s)**

Case No.: 24–30055

Chapter: 7

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. Randy W Williams is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 5/28/24

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge